EDWIN AIWAZIAN (SBN 232943)
edwin@calljustice.com
TARA ZABEHI (SBN 314706)
tara@calljustice.com
TRAVIS J. MAHER (SBN 327206)
travis@callofjustice.com
**LAWYERS FOR JUSTICE, PC**
410 West Arden Ave, Suite 203
Glendale, CA 91203
Tel. 818.265.1020
Fax 818.265.1021

Attorneys for Plaintiff
ALEIDA MIRANDA

STEVEN B. KATZ (SBN 139078)
skatz@constangy.com
**CONSTANGY, BROOKS,
SMITH & PROPHETE LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA  90067
Telephone: (310) 909-7775

Attorney for Defendant
AMERICAN NATIONAL RED CROSS

Additional counsel on next page.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEIDA MIRANDA, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorney General Act;<br><br>       Plaintiff,<br><br>       v.<br><br>AMERICAN NATIONAL RED CROSS, a corporation; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No.: 3:22-cv-03633-SK<br><br>**STIPULATED REQUEST FOR AN ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING PENDING THE COMPLETION OF PRIVATE MEDIATION**<br><br>[L.R. 6-2]<br><br>Complaint Filed: May 13, 2022<br>Removal Filed: June 21, 2022<br>FAC Filed: July 12, 2022<br>SAC Filed: September 27, 2022 |

1  BARBARA I. ANTONUCCI (SBN 209039)
   bantonucci@constangy.com
2  NATHAN K. NORIMOTO (SBN 334835)
   nnorimoto@constangy.com
3  **CONSTANGY, BROOKS,**
4  **SMITH & PROPHETE LLP**
   601 Montgomery Street, Suite 350
5  San Francisco, CA  94111
   Telephone: (415) 918-3000
6

7  Attorneys for Defendant
   AMERICAN NATIONAL RED CROSS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATED REQUEST FOR AN ORDER TO                         CASE NO.: 3:22-cv-03633-SK
CONTINUE CMC AND MTD HEARING

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Aleida Miranda and Defendant American National Red Cross (together, the "Parties") as follows:

1. The instant case is new to the Court and was first removed to the Court on June 21, 2022;

2. On September 12, 2022, the Parties entered a stipulation agreeing to stay all formal discovery until thirty (30) days after the completion of a private mediation session (ECF No. 28);

3. On October 3, 2022, the Parties met and conferred via videoconference and further discussed the details of scheduling a private mediation;

4. Following the meet and confer, the Parties reserved a private mediation session with Steven Serratore, Esq. that is scheduled to occur on June 8, 2023;

5. On November 21, 2022, the Court is scheduled to hear Red Cross's pending Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 30) and the Parties are currently scheduled to participate in an Initial Case Management Conference (ECF No. 31) on that same date;

6. The Parties agree that an Initial Case Management Conference in November 2022 is premature in light of the upcoming mediation with Mr. Serratore because any discovery and trial deadlines will be impacted by a resolution of the entire matter at mediation;

7. The Parties agree to postpone the Initial Case Management Conference, submission of an Initial Joint Case Management Statement, and exchange of initial disclosures until thirty (30) days after the completion of a private mediation;

8. The Parties agree that continuing the Motion to Dismiss hearing and Initial Case Management Conference to at least forty-five (45) days after the mediation with Mr. Serratore will avoid the burden of resetting any discovery and trial deadlines in the above-captioned matter;

9. The Parties agree that postponing these deadlines will preserve the resources of the Parties and the Court;

10. Depending on the outcome of the mediation, the Parties agree to file an Initial Joint Case Management Statement or a notice to the Court that the Parties have settled the entirety of the matter at mediation, no later than two (2) weeks before the continued Motion hearing and Initial Case

1  Management Conference date; and

2      11.    The Court has independently reset the date the of the Initial Case Management

3  Conference on two separate occasions (ECF Nos. 27 and 31). However, this is the Parties' first request

4  to continue the Initial Case Management Conference.

5      **IT IS SO STIPULATED.**

6  DATED: November 2, 2022        LAWYERS FOR JUSTICE, P.C.

7                  By: */s/Travis J. Maher*
8                        Edwin Aiwazian
                      Tara Zabehi
9                        Travis J. Maher
                      Attorneys for Plaintiff
10                       ALEIDA MIRANDA

11 DATED: November 2, 2022        CONSTANGY, BROOKS, SMITH & PROPHETE LLP

12                 By: */s/Barbara I. Antonucci* [1]
13                       Steven B. Katz
                      Barbara I. Antonucci
14                       Nathan K. Norimoto
                      Attorneys for Defendant
15                       AMERICAN NATIONAL RED CROSS

16

17

18

19                             **ORDER AS MODIED**

20     The Court GRANTS the above stipulation to CONTINE the Initial Case Management

21 Conference.  However, with respect to the motion to dismiss, the Court HEREBY STRIKES the motion

22 to dismiss without prejudice to refiling if this case does not resolve through the mediation.  The Case

23 Management Conference is CONTINUED to July 24, 2023.  By no later than July 17, 2023, the parties

24 shall file their joint case management statement if they have not already resolved and dismissed this

25 case.

26

27

28 [1] Pursuant to Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's contents and have authorized this filing.

The deadline for exchanging initial disclosures is CONTINUED to July 10, 2023.

**IT IS SO ORDERED.**

Dated: November 2, 2022     _____
UNITED STATES MAGISTRATE JUDGE
HON. SALLIE KIM