1   STEVEN B. KATZ (SBN 139078)
    skatz@constangy.com
2   MATTHEW SCHOLL (SBN 301560)
    mscholl@constangy.com
3   **CONSTANGY, BROOKS, SMITH**
    **& PROPHETE LLP**
4   2029 Century Park East, Suite 1100
5   Los Angeles, CA  90067
    Telephone: (310) 909-7775
6

7   BARBARA I. ANTONUCCI (SBN 209039)
    bantonucci@constangy.com
8   **CONSTANGY, BROOKS, SMITH**
    **& PROPHETE LLP**
9   601 Montgomery Street, Suite 350
    San Francisco, CA  94111
10  Telephone: (415) 918-3000

11
    Attorneys for Defendant
12  AMERICAN NATIONAL RED CROSS

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15  ALEIDA MIRANDA, individually, and on behalf        Case No.: 3:22-cv-03633-SK
    of other members of the general public similarly
16  situated and on behalf of other aggrieved          Magistrate Judge Sallie Kim
    employees pursuant to the California Private
17  Attorney General Act;                              **DEFENDANT AMERICAN NATIONAL**
                                                       **RED CROSS'S CASE MANAGEMENT**
18          Plaintiff,                                 **STATEMENT**

19          v.                                         Date:  March 24, 2025
                                                       Time:  1:30 p.m.
20                                                     Ctrm:  C
    AMERICAN NATIONAL RED CROSS, a
21  corporation; and DOES 1-100, inclusive,            Complaint Filed:    May 13, 2022
                                                       Removal Filed:      June 21, 2022
22          Defendants.                                SAC Filed:          September 27, 2022

23

24

25

26

27

28

                                        1

    DEFENDANT'S CASE MANAGEMENT STATEMENT            CASE NO.: 3:22-cv-03633-SK

1    Defendant AMERICAN NATIONAL RED CROSS hereby submits the following case

2  management statement in preparation for the case management conference set for March 24, 2025 at

3  1:30 p.m.

4    Following a mediation with Steve Serratore, the Parties reached a settlement that will resolve this

5  action in its entirety.  The Parties have since negotiated and finalized a long-form settlement agreement,

6  which has been circulated for signature.  Plaintiff has indicated that she intends to file a motion seeking

7  preliminary approval within the next thirty (30) calendar days.

8

9  Dated: March 20, 2025                   **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

10

11                                    By: */s/Matthew Scholl*
                                          Steven B. Katz
                                          Barbara I. Antonucci
12                                        Matthew Scholl
                                          Attorneys for Defendant
13                                        AMERICAN NATIONAL RED CROSS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S CASE MANAGEMENT STATEMENT          CASE NO.: 3:22-cv-03633-SK